890

No. 95–5333.   HAYES, AKA COLE v. MCVICAR, WARDEN, ET AL.
C. A. 7th Cir.   Certiorari denied.

No. 95–5334.   DEZAINE v. UNITED STATES.   C. A. 2d Cir.
Certiorari denied.

No. 95–5335.   HOWELL v. SNYDER, WARDEN, ET AL.   C. A. 3d
Cir.   Certiorari denied.

No. 95–5336.   HUDSON v. UNITED STATES.   C. A. 6th Cir.
Certiorari denied.

No. 95–5337.   LAKRAM v. NEW YORK.   App. Div., Sup. Ct.
N. Y., 2d Jud. Dept.   Certiorari denied.

No. 95–5338.   MCELVEEN v. VIRGINIA ET AL.   C. A. 4th Cir.
Certiorari denied.

No. 95–5339.   JOSEPH v. CHARLOTTE COUNTY SHERIFF'S DE-
PARTMENT ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 95–5340.   LOPEZ v. UNITED STATES.   C. A. 11th Cir.
Certiorari denied.

No. 95–5341.   KIMBROUGH v. UNITED STATES.   C. A. 11th
Cir.   Certiorari denied.

No. 95–5342.   KELLER v. UNITED STATES.   C. A. 11th Cir.
Certiorari denied.

No. 95–5343.   JELINEK v. UNITED STATES.   C. A. 8th Cir.
Certiorari denied.

No. 95–5345.   MEADOWS v. UNITED STATES.   C. A. 3d Cir.
Certiorari denied.

No. 95–5346.   NORRIS v. TEXAS.   Ct. Crim. App. Tex.   Cer-
tiorari denied.

No. 95–5347.   REYNOLDS v. UNITED STATES POSTAL SERVICE.
C. A. Fed. Cir.   Certiorari denied.

No. 95–5348.   CLEARY v. UNITED STATES.   C. A. 3d Cir.
Certiorari denied.